No. 69052.—Ira Furman Co. and Paul R. Brown *v*. United States, protests 62/19403 and 62/19388 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.